# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-15325-JKF

JUANITA WILLIAMSON

6642 HADDNGTON LANE

PHILADELPHIA, PA 19151-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JUANITA WILLIAMSON

    6642 HADDNGTON LANE

    PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    CURTIS CENTER - SUITE 160 WEST
    601 WALNUT STREET
    PHILA, PA 19106-

Date: 7/14/2016

                                      /S/ William C. Miller
                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee