**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Juanita Williamson | | |
| | Debtor(s) | CHAPTER 13 |
| M&T Bank | | |
| | Movant | |
| vs. | | NO. 15-15325 JFK |
| Juanita Williamson | | |
| | Debtor(s) | |
| William C. Miller | | |
| | Trustee | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 12th day of July, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified with respect to the subject premises located at 6642 Haddington Lane, Philadelphia, PA 19151 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies.

_____
United States Bankruptcy Judge
Jean K. FitzSimon

Juanita Williamson
6642 Haddington Lane
Philadelphia, PA 19151

David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532