**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                              Chapter 13

                              Bankruptcy No. 15-15325-ELF

JUANITA WILLIAMSON

6642 HADDNGTON LANE

PHILADELPHIA, PA 19151-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JUANITA WILLIAMSON

6642 HADDNGTON LANE

PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Date: 3/3/2020

                              /S/ William C. Miller
                              _____
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee